Decided September 4, 2003

## DAVID A. FRIEDMAN *v.* CONNECTICUT BAR EXAMINING COMMITTEE

The petitioner's petition for certification for appeal from the Appellate Court, 77 Conn. App. 526 (AC 23051), is granted, limited to the following issue:

* The appeal was withdrawn December 22, 2003.

"Whether the actions of the Connecticut bar examining committee denied the petitioner due process?"

The Supreme Court docket number is SC 17049.

*Kenneth A. Votre,* in support of the petition.

*John B. Farley, Dan E. LaBelle* and *Ralph W. Johnson III,* in opposition.

Decided September 4, 2003